United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO.: 5:24-CR-648 |
| § | |
| LUIS AZAEL BERLANGA § | |

## FINAL ORDER OF FORFEITURE

The Court has considered the United States' Motion for Final Order of Forfeiture and grants the motion.

The Court signed a Preliminary Order of Forfeiture on August 7, 2024 ordering the forfeiture of a Ruger, model LCP, .380 caliber pistol with serial number 374-21520. The order is final as to the Defendant, LUIS AZAEL BERLANGA, upon sentencing.

Notice of forfeiture was published for at least 30 consecutive days on an official government internet site, and more than 60 days have passed since the first date of publication of the order.

The Court takes notice that no party has filed a timely third-party petition asserting a claim to any of the property listed below, and any third parties are barred from making a claim and are in default pursuant to Title 21 U.S.C. §853(n)(7).

Upon consideration of the law and the record in this case, the Court now ORDERS the forfeiture of a Ruger, model LCP, .380 caliber pistol with serial number 374-21520 to the United States.

Defendant's right, title, and interest in the above identified property is forfeited by this Order. Furthermore, all persons who could claim any right, title, or interest in or to the property being forfeited by this Order are held in default.

The United States shall dispose of the forfeited property according to law.

**THIS IS A FINAL ORDER OF FORFEITURE.**

Signed in Laredo, Texas, on the 20th day of November, 2024.

MARINA GARCIA MARMOLEJO
U. S. DISTRICT COURT JUDGE